UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 11-30017-MAP |
| ) | |
| JOHN CONDO, ) | |
| EVRIPIDES GEORGIADIS, ) | |
| MICHAEL ZANETTI, and ) | |
| FRANK BARECICH ) | |

GOVERNMENT'S LOCAL RULE 112.4(B)
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

1. CALA, LLC

2. CALA Holdings, Inc.

3. Westlink Development Company, LLC

4. Cosmopolitan Square, LP

5. Westlink Cosmopolitan Square, LLC

6. Imperium Energy, LLC

7. Imperium Development, Inc

8. Snowy Pine LLC

9. American Ethanol California, Inc.

10. Indian Rocks Renewables, LLC

11. SWI Energy, LLC

12. Green Investment Group

13. Overseas Capital Partners Ltd.

14. Springfield Plantation of Wilmington, LLC

15. Springfield Plantation of Wilmington II, LLC

16. Great Plains Biosciences Group, LLC

17. Charlotte Club Development, LLC

18. McClain Real Estate Company

19. DFI Group, Inc.

20. Premier Land R.E., LLC

21. Sterling Group Developers, LLC

22. TEDACR, LLC

23. Green Building Solutions, Inc.

24. Grand Crown Ventures, LLC

25. Grand Crown Ventures 2, LLC

26. Nexsun Corp.

27. Nexsun Ventures, LLC

28. The Mark Development Group LLC

29. Wall Street Hospitality, LLC

30. China World Market Place, LLC

31. Global World Marketplace, LLC

32. Texanol, LLC

33. Texanol SPE, LLC

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney

                                  By:    /s/ Alex J. Grant
                                                ALEX J. GRANT
                                                Assistant U.S. Attorney

Dated: June 16, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Alex J. Grant
                                              Alex J. Grant
                                              Assistant United States Attorney

Date: